**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | **RICHARD DWIGHT PARLIER** : | Case No. 12-57880 |
| | **JEANETTE LEE PARLIER** : | |
| | : | Chapter 13 |
| | : | |
| | Debtors. : | Judge Charles M. Caldwell |

**NOTICE OF CHANGE OF ADDRESS OF DEBTORS**

Now comes Debtors RICHARD DWIGHT PARLIER AND JEANETTE LEE PARLIER by and through the undersigned counsel, and respectfully provides this Honorable Court with notice of a change of address for the Debtors:

Richard Dwight Parlier and Jeanette Lee Parlier
780 Meadow Drive
Newark, Ohio 43055

Respectfully submitted,

Dated: 28 October 2016

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtor
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.: 614.444.5290
Fax: 614.444.4446